# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2013

Robert P. Young, Jr.,
Chief Justice

146967

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WESTFIELD INSURANCE COMPANY,
       Plaintiff/Counterdefendant-
       Appellant,

v

                                      SC:  146967
                                        COA:  306408
                                        Genesee CC:  11-095742-CK

D & G DOLLAR ZONE,
       Defendant/Counterplaintiff/
       Third-Party Plaintiff-Appellee,

and

CHANNING M. MCAFEE,
       Defendant-Appellee,

and

BURR & COMPANY,
       Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the February 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2013



p0918

Clerk